IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3060 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JUAN CARLOS GARCIA-JIMINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and to accommodate a change in the undersigned's schedule,

IT IS ORDERED that Defendant Garcia-Jiminez's sentencing is rescheduled to **9:00 a.m.** on Wednesday, July 16, 2008, before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

July 8, 2008.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge